| | | | |
|---|---|---|---|
| | AUSA: | Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Michelle Harmon | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Stephen Lewis Gentry

Case No.

Case: 2:23−mj−30351
Assigned To : Unassigned
Assign. Date : 8/25/2023
Description: RE: STEPHEN LEWIS GENTRY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 17 and 18, 2023 and June 2023__ in the county of __Macomb and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of and/or access with intent to view child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Michelle A. Harmon, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: August 25, 2023

_Judge's signature_

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION
## FOR A COMPLAINT AND ARREST WARRANT

I, Michelle A. Harmon, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since 2000. I am currently assigned to the Detroit Field Office, Macomb County Resident Agency. As part of my official duties, I investigate crimes involving the sexual exploitation of minors, including criminal offenses pertaining to online enticement and the illegal production, distribution, receipt, and possession of child pornography. I have received training in the proper investigative techniques for violations pertaining to child pornography and child exploitation. I have conducted and assisted in numerous child exploitation investigations, to include undercover operations to identify and locate individuals who seek to engage in sexual activity with minors, and have executed search warrants that have led to seizures of child pornography. I have also received training in computer systems, computer networks, and mobile devices. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251 and 2252A, and I am authorized by law to request a complaint and arrest warrant.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Stephen Lewis Gentry (DOB \*\*/\*\*/1991), a registered sex offender, for violations of 18 U.S.C. §§ 2252A(a)(2) and

2252A(a)(5)(B) – distribution and possession of and/or access with intent to view child pornography.

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents and state and local law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcements officers; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent. Since this affidavit is being submitted for the limited purpose of securing a complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish that Stephen Gentry has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

## BACKGROUND OF INVESTIGATION

4. On August 10, 2022, law enforcement in another state arrested a subject for violations of receipt, distribution, and possession of child pornography on an online messaging application. The subject had broad access to a network of child pornography groups on this application. The subject consented to the FBI assuming

his online identity on this messaging application. Pursuant to that consent, an FBI online covert employee (hereinafter OCE) operated the subject's account for the purpose of identifying further child pornography producers and traders.

5. During the course of the investigation, the OCE observed that a user with the screen name *richardschwifty* was a member of three distinct child pornography trading networks within the messenger application. As a member of these networks, *richardschwifty* had access to thousands of child pornography media files within the network file repositories, as well as a daily stream of child pornography within each network.

6. On or about January 17, 2023 and January 18, 2023, *richardschwifty* posted three image files to one of the messenger application networks in a room dedicated to girls aged 5-10 years old. The image files depicted an approximately 8-year-old female nude in the shower. In one of the images, the female's face was partially visible and her genitals were displayed. I believe that this image meets the federal definition of child pornography.

7. On or about May 25, 2023, an administrative subpoena was served on Wickr requesting Push Tokens for several Wickr accounts. Push Tokens are unique alpha-numeric strings that allow the Wickr mobile application to communicate with the underlying user's mobile device. On or about June 1, 2023, Wickr provided Push Token responses for account, *richardschwifty*. Included in the response were Google

Push Tokens for *richardschwifty*.

8. In June 2023, an agent with Homeland Security Investigations (HSI) reported to the FBI that an individual utilizing the screen name *richardschwifty* shared the same or similar child pornography images as described above with an HSI online covert employee. Furthermore, *richardschwifty* told the HSI OCE that the female pictured was a family friend.

9. On or around August 11, 2023, a 2703(d) Court Order, issued in the Northern District of New York on Google, LLC, was served on Google, LLC for records related to the Wickr Push Tokens received for several accounts.

10. On August 14, 2023, Google provided subscriber records for the related Push Tokens that belonged to *richardschwifty*. The Google subscriber records included a name of Stephen Gentry (GENTRY), email addresses of sgentry***@gmail.com and sgentry*@hawkmail.hfcc.edu, phone number 734-985-****, and several IP addresses that resolved to Comcast Cable that geolocate to New Baltimore, MI.

11. Per open-source research, as of August 2023, telephone number 734-985-**** was associated with the registration of a Snapchat account, username "schwiftytaco," with display name "STEPHEN GENTRY."

12. A review of Gentry's Facebook account revealed Gentry is married to INDIVIDUAL 1. A review of INDIVIDUAL 1's Facebook account revealed a photo

4

from January 2021, with the caption "Our little blended Family." The photo includes five young children.

13. On August 24, 2023, based on the above information, law enforcement obtained a search warrant for a residence associated with Gentry in Chesterfield, Michigan.

14. Gentry was interviewed during the execution of the search warrant. Gentry stated that he knew of the Wickr application and stated that he had used Wickr in the past. When asked when he last used Wickr, Gentry declined to answer any further questions without a lawyer.

15. INDIVIDUAL 1 was also interviewed during the execution of the search warrant. INDIVIDUAL 1 stated that she and Gentry were married September 2022. INDIVIDUAL 1 stated that Gentry uses Facebook, Snapchat, and Instagram. INDIVIDUAL 1 advised that Gentry's Snapchat username is schwiftytaco. INDIVIDUAL 1 explained that the name Schwifty is from a cartoon television show Gentry used to watch. INDIVIDUAL 1 further explained that Gentry was given the nickname Schwifty by friends he used to play laser tag with. INDIVIDUAL 1 was shown sanitized copies of the three photos Gentry shared on Wickr and did not recognize the young female in the photo.

16. Gentry is a registered sex offender from a 2010 conviction for three separate convictions in 2010 in three separate counties in Michigan, per the

Michigan Sex Offender registry: 1) a conviction for possession of child sexually abusive material from Ottawa County Circuit Court; 2) a conviction for criminal sexual conduct in the fourth degree (13-15) from the Macomb County Circuit Court; and 3) a conviction for criminal sexual conduct in the third degree (13-15) from Muskegon County Circuit Court. Gentry faces increased penalties for violations of 18 U.S.C. § 2252A.

## CONCLUSION

17. Based on the foregoing, there is probable cause to believe Stephen Lewis Gentry distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and possessed or had access with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Respectfully submitted,

_____
Michelle A. Harmon, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: August 25, 2023