United States District Court
Eastern District of Michigan

United States of America,

      Plaintiff,

v.

Stephen Lewis Gentry,

      Defendant.

Case No. 23-cr-20513

Hon. Terrence G. Berg

_____

**STIPULATION TO ADJOURN PRETRIAL AND TRIAL DATES AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**
_____

The parties, by their respective counsel, stipulate that the motion cut-off, plea hearing, final pretrial conference and trial dates be adjourned for approximately 60 days. The adjournment will allow the parties additional time to review discovery, contemplate pretrial motions and engage in plea negotiations. The parties agree that such an adjournment serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because both parties need more time to exchange and review discovery to prepare for trial, and because the parties need additional time to engage in plea discussions which could resolve all the issues in this case. The parties agree, and ask the court to find, that the amount of time from March 12, 2023, and the new trial date be excluded, under 18 U.S.C. § 3161(h)(7)(A), from calculating the amount of time in which the defendant must be tried under the Speedy Trial Act.

1

**IT IS SO STIPULATED.**

Respectfully submitted,

DAWN N. ISON
United States Attorney

| | |
|---|---|
| *s/Sarah Alsaden* | *s/David Tholen (with consent)* |
| SARAH ALSADEN | DAVID THOLEN |
| TARA M. HINDELANG | Attorney for Steven Bishop |
| Assistant United States Attorneys | 613 Abbott Street, Suite 500 |
| 211 W. Fort Street, Suite 2001 | Detroit, MI 48226 |
| Detroit, MI 48226 | (313) 967-58xx |
| (313) 226-9146 | David_Tholen@fd.org |
| Sarah.Alsaden@usdoj.gov | |

Date:   February 27, 2024

United States District Court
Eastern District of Michigan

United States of America,

      Plaintiff,

                                Case: No. 23-cr-20513

v.

                                Hon. Terrence G. Berg

Stephen Lewis Gentry,

      Defendant.

## ORDER ADJOURNING THE PLEA CUT-OFF AND TRIAL DATES AND FINDING EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

**IT IS SO ORDERED**: The dates in this matter are rest as follows:

The motion cutoff is reset for April 1, 2024;

The plea hearing is reset for May 2, 2024 at 11:00 a.m.;

The Final pretrial conference is reset for May 2, 2024 at 11:00 a.m.; and

The jury trial is reset for May 14, 2024 at 9:00 a.m.

IT IS FURTHER ORDERED that the time between March 12, 2024, and the new trial date is excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because considering the factors in 18 U.S.C. § 3161(h)(7)(B) along with the parties' stipulation that the adjournment will provide additional time to review discovery, contemplate pretrial motions and engage in plea negotiations,

the Court finds that the ends of justice served by this delay outweigh the best interest of the defendant and the public in a speedy trial.

                                                       s/Terrence G. Berg  
                                                       Hon. Terrence G. Berg  
                                                       United States District Judge

Entered: February 27, 2024