UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

  v.                                    CR. NO. 23-20513
                                        HON. TERRENCE G. BERG

STEPHEN GENTRY,

          Defendant.
_____/

**STIPULATION AND ORDER**
**EXTENDING TIME FOR FILING PRETRIAL MOTIONS**

NOW COME the parties, pursuant to Federal Rule of Criminal Procedure 12( c)(2), and hereby stipulate to extending Defendant's time to file pretrial motions in this case from April 1, 2024 until April 15, 2024.

**IT IS SO STIPULATED.**

| | |
|---|---|
| *s/Tara Hindelang & Sarah Alsaden* (w/ consent) | *s/David C. Tholen* |
| Tara Hindelang & Sarah Alsaden | David C. Tholen |
| AUSA | Attorney for Defendant |
| 211 W. Fort Street | Federal Community Defender |
| Suite 2001 | 613 Abbott, Ste. 500 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| Dated: 4/2/24 | Dated: 4/2/24 |

**IT IS SO ORDERED:**

Entered: April 2, 2024

s/Terrence G. Berg
HONORABLE TERRENCE G. BERG
United States District Judge